IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| G.E. CATTLE, INC., a Nebraska, corporation, and CURREYS OF NEBRASKA, LLC, a Nebraska corporation, | ) ) ) ) | Case No. 8:01CV557 |
| Plaintiffs, | ) ) | ORDER TO WITHDRAW EXHIBITS |
| vs. | ) ) | OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE |
| UNITED PRODUCERS, INC., an Ohio corporation, | ) ) ) | DESTROYED |
| Defendant. | ) | |
| | | |
| LOREN E. ECKERT and MARY A. ECKERT, Husband and Wife, and ELKHORN VALLEY BANK & TRUST COMPANY, | ) ) ) ) | Case No. 8:02CV566  ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY |
| Plaintiffs, | ) ) | EXHIBITS SHOULD NOT BE DESTROYED |
| vs. | ) ) | |
| UNITED PRODUCERS, INC., an Ohio corporation, | ) ) ) | |
| Defendant. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for plaintiff shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Plaintiff's Exhibits  - Jury Trial  - September 7-10, 2004

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits

without further notice to the parties or order from the court.

      IT IS SO ORDERED.

      DATED this 12th day of May, 2010.

                                            s/ Lyle E. Strom
                                          United States District Judge

                proc\Exhibits\Form-Order to Withdraw or OSC Destroy, appeal time expired.wpd
                                                              Approved 02/15/07